**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 11201
Tel: (718) 330-1200  Fax: (718) 855-0760

*David E. Patton*
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
*Peter Kirchheimer*
*Attorney-in-Charge*

June 13, 2016

**By ECF and Fascimile**
The Honorable Carol Bagley Amon
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn New York 11201

Re:   United States v. Paul Montique
      16-CR-65 (CBA)

Dear Judge Amon:

      I write to request that the status conference scheduled for this Friday at 9:30 a.m. be adjourned to the following Monday or Tuesday. The reason for the request is that I would like to attend the oral argument on one of my cases in the Second Circuit, which is scheduled for 10 a.m. on Friday. (I will not be arguing the appeal, but it is a case I handled at trial and on which I have been consulting with our appeals office). A brief adjournment would also facilitate Mr. Montique's ability to review and consult with me regarding the additional discovery and the plea agreement the government provided this past Friday, June 10th.

      The government consents to this request, and the parties are available any time on Monday, June 20th, and at 9:30 a.m. or 11:30 a.m. on Tuesday, June 21st. As the parties are actively engaged in plea discussions, we jointly request that any delay occasioned by the requested adjournment be excluded from Speedy Trial Act calculations.

      I thank the Court for its consideration.

Respectfully submitted,

/s/

Kannan Sundaram
Assistant Federal Defender
(718) 330-1203

cc:    Alicia N. Washington
       Assistant U.S. Attorney